| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | MICHELLE J. KANE (CABN 210579)<br>Assistant United States Attorney |

**FILED**

Jun 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
michelle.kane3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>REGINALD D. SMITH,<br><br>　　　Defendant. | CASE NO 4-00-0173 MAG<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: June 28, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

　　　　/s/
_____
MICHELLE J. KANE
Assistant United States Attorney

NOTICE OF DISMISSAL (4-00-0173 MAG)

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number 4-00-0173 MAG. It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED: June 28, 2021

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE